489 U. S. 401;
489 U. S. 1059;
489 U. S. 288;
489 U. S. 1059;
489 U. S. 1012;
489 U. S. 1001;
489 U. S. 1053;
*1032 No. 88-1115.
No. 88-1127.
No. 88-1134.
No. 88-5687.
No. 88-5802.
No. 88-5944.
No. 88-6040.
No. 88-6054.
No. 88-6059.
No. 88-6067.
No. 88-6079.
No. 88-6116.
No. 88-6227.
No. 88-6235.
No. 88-6249.
No. 88-6266.
No. 88-6325.
489 U. S. 1053;
489 U. S. 1019;
489 U. S. 1054;
489 U. S. 1059;
489 U. S. 1020;
489 U. S. 1022;
488 U. S. 1036;
489 U. S. 1022;
489 U. S. 1042;
489 U. S. 1023;
489 U. S. 1040;
489 U. S. 1024;
489 U. S. 1009;
489 U. S. 1030;
489 U. S. 1030;
489 U. S. 1031; and
489 U. S. 1040.
Petitions for rehearing denied.